Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

Order Filed on December 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>    Rufus A. Freeman, Jr.<br>    Sandra Freeman<br><br>                                    Debtor(s) | Case No.:    16-20824 (ABA)<br><br>Hearing Date:    12/14/2016<br><br>Judge:    Andrew B. Altenburg, Jr. |

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: December 15, 2016**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Rufus A. Freeman, Jr. and Sandra Freeman
Case No.: 16-20824 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 06/02/2016, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the case is to be set up as a Tier Plan and the debtor shall pay the Standing Trustee, Isabel C. Balboa, based upon the following schedule:

| Starting Month | No. of Months | Amount |
|---|---|---|
| 07/01/2016 | 19.00 | $200.00 |
| 02/01/2018 | 41.00 | $425.00 |
| 07/01/2021 | Projected end of plan | |

**ORDERED** that the attorney for the debtor shall prepare and serve a Wage Order upon the debtor's employer for the Chapter 13 plan payments.

Page 3 of 3
Debtor: Rufus A. Freeman, Jr. and Sandra Freeman
Case No.: 16-20824 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $3,495.00. The unpaid balance of the allowed fee in the amount of $2,805.00 plus costs of $43.60 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

**ORDERED** as follows:

   total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:
Rufus A. Freeman, Jr.
Sandra Freeman
     Debtors

Case No. 16-20824-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Dec 15, 2016
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2016.
db/jdb       +Rufus A. Freeman, Jr.,   Sandra Freeman,   5 Patricia Lane,   Sicklerville, NJ 08081-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2016 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK CITI ACQUIRED PORTFOL C/O MIDLAND
           MORTGAGE dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eric   Clayman   on behalf of Joint Debtor Sandra  Freeman jenkins.clayman@verizon.net
          Eric   Clayman   on behalf of Debtor Rufus A. Freeman, Jr. jenkins.clayman@verizon.net
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
                                                                                                         TOTAL: 5