| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>Rufus and Sandra Freeman<br>Debtor |

Order Filed on January 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-20824

Adv. No.:

Hearing Date: December 19, 2017 at 10:00am

Judge: Altenburg

# ORDER TO REIMPOSE STAY AS TO MIDFIRST BANK

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: January 4, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Rufus and Sandra Freeman |
| Case No: | 16-20824 |
| Caption of Order: | Order to Reimpose Stay as to MidFirst Bank |

This matter having been brought before the Court upon the motion of Jenkins & Clayman, attorneys for the debtor, and Brian Nicholas, Esquire having appeared on behalf of the mortgage company, MidFirst Bank, and for good cause having been shown, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The automatic stay previsions of the bankruptcy code are hereby reimposed and reinstated as to MidFirst Bank effective December 19, 2017.

2. Debtors' counsel is holding funds for MidFirst Bank. These funds shall be released to MidFirst bank in care of its attorney.

3. Once the funds are received by MidFirst Bank's attorney, MidFirst Bank shall have 14 days to prepare a post petition accounting confirming the status of the post petition loan and post petition loan payments. This accounting must be shared with Jenkins & Clayman, attorneys for the debtor, and shall be sent directly to the debtors as well.

4. To the extent that the debtors remain behind with their post petition payments, debtors shall have 30 days to catch up with any arrears. If this 30 day period cannot be complied with by the debtors, debtors' counsel may write to the court with notice to all interested parties and request a re-hearing on this matter.

5. Debtors shall resume regular monthly payments directly to the mortgage company to begin with the January 1, 2018 installment.