| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>Rufus and Sandra Freeman<br>Debtor |

**Order Filed on January 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-20824

Adv. No.:

Hearing Date:  December 19, 2017 at 10:00am

Judge:  Altenburg

# ORDER TO REIMPOSE STAY AS TO MIDFIRST BANK

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: January 4, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Rufus and Sandra Freeman |
| Case No: | 16-20824 |
| Caption of Order: | Order to Reimpose Stay as to MidFirst Bank |

This matter having been brought before the Court upon the motion of Jenkins & Clayman, attorneys for the debtor, and Brian Nicholas, Esquire having appeared on behalf of the mortgage company, MidFirst Bank, and for good cause having been shown, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The automatic stay previsions of the bankruptcy code are hereby reimposed and reinstated as to MidFirst Bank effective December 19, 2017.

2. Debtors' counsel is holding funds for MidFirst Bank. These funds shall be released to MidFirst bank in care of its attorney.

3. Once the funds are received by MidFirst Bank's attorney, MidFirst Bank shall have 14 days to prepare a post petition accounting confirming the status of the post petition loan and post petition loan payments. This accounting must be shared with Jenkins & Clayman, attorneys for the debtor, and shall be sent directly to the debtors as well.

4. To the extent that the debtors remain behind with their post petition payments, debtors shall have 30 days to catch up with any arrears. If this 30 day period cannot be complied with by the debtors, debtors' counsel may write to the court with notice to all interested parties and request a re-hearing on this matter.

5. Debtors shall resume regular monthly payments directly to the mortgage company to begin with the January 1, 2018 installment.

United States Bankruptcy Court
District of New Jersey

In re:
Rufus A. Freeman, Jr.
Sandra Freeman
    Debtors

Case No. 16-20824-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 04, 2018
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.
db/jdb       +Rufus A. Freeman, Jr.,    Sandra Freeman,    5 Patricia Lane,    Sicklerville, NJ 08081-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2018 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK CITI ACQUIRED PORTFOL C/O MIDLAND MORTGAGE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eric Clayman    on behalf of Joint Debtor Sandra Freeman jenkins.clayman@verizon.net
          Eric Clayman    on behalf of Debtor Rufus A. Freeman, Jr. jenkins.clayman@verizon.net
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
                                                                                                            TOTAL: 7