| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br><br>Rufus & Sandra Freeman<br>Debtor | Case No:   16-20824<br><br>Chapter:   13<br><br>Judge:   JNP |

Order Filed on January 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 30, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__900.00_____ for services rendered and expenses in the amount of $__23.47_____ for a total of $___923.47_____.  The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____447.00_____ per month for ___41_____ months to allow for payment of the foresaid fee.