Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                      Case No.: 16–20824–ABA
                                                      Chapter: 13
                                                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rufus A. Freeman Jr.<br>5 Patricia Lane<br>Sicklerville, NJ 08081 | Sandra Freeman<br>5 Patricia Lane<br>Sicklerville, NJ 08081 |

Social Security No.:
  xxx–xx–1219                                              xxx–xx–5203

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 November 20, 2020
Time:               09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*40* – Certification in Opposition to (related document:39 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 11/4/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Eric Clayman on behalf of Rufus A. Freeman Jr., Sandra Freeman. (Clayman, Eric)

and transact such other business as may properly come before the meeting.

Dated: October 30, 2020
JAN: eag

                                                                                                    Jeanne Naughton
                                                                                                                               Clerk