|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on December 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re<br><br>Rufus and Sandra Freeman<br>debtors | Case No.: 16-20824<br>Chapter: 13<br>Hearing Date: 11/20/2020<br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: December 16, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $624.00 for services rendered and expenses in the amount of $ 7.30 for a total of $ 631.30. The allowance is payable:

   X  through the Chapter 13 plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $618.00 per month for 6 months to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-20824-ABA
Rufus A. Freeman, Jr.  Chapter 13
Sandra Freeman
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Dec 16, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

**Recip ID**     **Recipient Name and Address**
db/jdb     +   Rufus A. Freeman, Jr., Sandra Freeman, 5 Patricia Lane, Sicklerville, NJ 08081-1809

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

**Name**     **Email Address**

Brian C. Nicholas
    on behalf of Creditor MIDFIRST BANK CITI ACQUIRED PORTFOL C/O MIDLAND MORTGAGE bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Brian C. Nicholas
    on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK CITI ACQUIRED PORTFOL C/O MIDLAND MORTGAGE dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Eric Clayman
    on behalf of Debtor Rufus A. Freeman  Jr. jenkins.clayman@verizon.net, connor@jenkinsclayman.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 16, 2020 | Form ID: pdf903 | Total Noticed: 1

Eric Clayman
        on behalf of Joint Debtor Sandra Freeman jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Isabel C. Balboa
        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
        ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
        on behalf of Creditor Affordable Auto Sales ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9