Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 16−20824−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rufus A. Freeman Jr. | Sandra Freeman |
| 5 Patricia Lane | 5 Patricia Lane |
| Sicklerville, NJ 08081 | Sicklerville, NJ 08081 |

Social Security No.:
  xxx−xx−1219                                      xxx−xx−5203

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Rufus A. Freeman Jr. and Sandra Freeman</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: July 29, 2021
JAN: def

                                                          <u>Jeanne Naughton, Clerk</u>