Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−20824−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rufus A. Freeman Jr.
5 Patricia Lane
Sicklerville, NJ 08081

Sandra Freeman
5 Patricia Lane
Sicklerville, NJ 08081

Social Security No.:
xxx−xx−1219

xxx−xx−5203

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: <u>Rufus A. Freeman Jr. and Sandra Freeman</u>
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: July 29, 2021
JAN: def

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-20824-ABA |
| Rufus A. Freeman, Jr. | Chapter 13 |
| Sandra Freeman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 29, 2021 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Rufus A. Freeman, Jr., Sandra Freeman, 5 Patricia Lane, Sicklerville, NJ 08081-1809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK CITI ACQUIRED PORTFOLIO C/O MIDLAND MORTGAGE bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK CITI ACQUIRED PORTFOLIO C/O MIDLAND MORTGAGE dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Rufus A. Freeman Jr. mail@jenkinsclayman.com, connor@jenkinsclayman.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 29, 2021 | Form ID: ntcfncur | Total Noticed: 1 |

Eric Clayman
        on behalf of Joint Debtor Sandra Freeman mail@jenkinsclayman.com  connor@jenkinsclayman.com

Isabel C. Balboa
        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
        ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
        on behalf of Creditor Affordable Auto Sales ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Rebecca Ann Solarz
        on behalf of Creditor MIDFIRST BANK CITI ACQUIRED PORTFOL C/O MIDLAND MORTGAGE
        rsolarz@kmllawgroup.com

TOTAL: 10